%AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

Randolph M. Jones

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 5:08-cv-1045 (FJS/GHL)

Onondaga County Resource Recovery Agency; A. Thompson Rhoads; Joseph Fontanella; M. Nosick

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon review of the entire record, parties submissions and oral arguments, and the applicable law it s hereby

ORDERED that the defendants' motion for summary judgment is Granted.

All of the above pursuant to a Memorandum-Decision and Order issued by the Hon. Frederick J. Scullin, Jr. on March 31, 2011.

| March 31, 2011 | Lawrence K. Baerman |
|---|---|
| Date | Clerk |

(By) Deputy Clerk
s/Barbara J. Woodford